# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 193 MAL 2014
:
                Respondent   : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
         v.   :
:
:
:
JOSEPH PAGE,   :
:
                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.